35 So.2d 920

**William Howard GRAMMER v. STATE.**

**6 Div. 574.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

35 So.2d 920

**William Howard GRAMMER v. STATE.**

**6 Div. 578.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

34 So.2d 869

**Louis GRAVES v. STATE.**

**8 Div. 591.**

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

32 So.2d 178

**Nute (alias Newt, alias Newton) GRISSOM v. STATE.**

**6 Div. 301.**

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

33 So.2d 276

**Clarence GUTHRIE v. STATE.**

**6 Div. 456.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

33 So.2d 277

**Clarence GUTHRIE v. STATE.**

**6 Div. 457.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed,